AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Eastern District of Michigan

| | | |
|---|---|---|
| Gregory Blaz | ) | |
| | ) | |
| | ) | Civil Action No. 2:15-cv-13722 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Al Basit Limited Liability Company, et al | ) | Hon. Denise Page Hood |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

### SUMMONS IN A CIVIL ACTION

To:     Al Basit Limited Liability Company

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Caitlin E. Malhiot
Gold Star Law, PC
2701 Troy Center Dr
Suite 400
Troy, MI 48084

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By:  s/D. Allen

*Signature of Clerk or Deputy Clerk*

Date of Issuance:  October 22, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:15-cv-13722
Hon. Denise Page Hood

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Al Basit Limited Liability Company

Date of Service: _____

## Method of Service

____ Personally served at this address:

    _____
    _____
    _____

____ Left copies at the usual place of abode with (name of person):

    _____
    _____
    _____

____ Other (specify):

    _____
    _____
    _____

____ Returned unexecuted (reason):

    _____
    _____
    _____

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
                 _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Gregory Blaz | ) | |
| | ) | |
| | ) | |
| *Plaintiff,* | ) | Civil Action No.  2:15-cv-13722 |
| | ) | |
| v. | ) | |
| | ) | |
| Al Basit Limited Liability Company, et al | ) | Hon.  Denise Page Hood |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:     Al Ghani Limited Liability Company


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Caitlin E. Malhiot
> Gold Star Law, PC
> 2701 Troy Center Dr
> Suite 400
> Troy, MI 48084


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  _s/D. Allen_____
    *Signature of Clerk or Deputy Clerk*

    Date of Issuance:  _October 22, 2015_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  2:15-cv-13722
Hon.  Denise Page Hood

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Al Ghani Limited Liability Company

Date of Service:    _____

## Method of Service

____   Personally served at this address:

    _____
    _____
    _____

____   Left copies at the usual place of abode with (name of person):

    _____
    _____
    _____

____   Other (specify):

    _____
    _____
    _____

____   Returned unexecuted (reason):

    _____
    _____
    _____

## Service Fees:        Travel $_____     Service $_____     Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____

    _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| Gregory Blaz | ) | |
| | ) | |
| | ) | Civil Action No.  2:15-cv-13722 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Al Basit Limited Liability Company, et al | ) | Hon.  Denise Page Hood |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

## SUMMONS IN A CIVIL ACTION

To:      Zain Syed


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Caitlin E. Malhiot
> Gold Star Law, PC
> 2701 Troy Center Dr
> Suite 400
> Troy, MI 48084


If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.


*DAVID J. WEAVER, CLERK OF COURT*

By:  s/D. Allen
      *Signature of Clerk or Deputy Clerk*

Date of Issuance:  October 22, 2015



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:15-cv-13722
Hon. Denise Page Hood

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Zain Syed

Date of Service: _____

## Method of Service

____    Personally served at this address:

      _____
      _____
      _____

____    Left copies at the usual place of abode with (name of person):

      _____
      _____
      _____

____    Other (specify):

      _____
      _____
      _____

____    Returned unexecuted (reason):

      _____
      _____
      _____

## Service Fees:    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____

                      _____

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

### Eastern District of Michigan

| | | |
|---|---|---|
| Gregory Blaz | ) | |
| | ) | |
| | ) | Civil Action No. 2:15-cv-13722 |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Al Basit Limited Liability Company, et al | ) | Hon. Denise Page Hood |
| | ) | |
| | ) | |
| *Defendant.* | ) | |

**SUMMONS IN A CIVIL ACTION**

To:     Zohaib Syed

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Caitlin E. Malhiot
    Gold Star Law, PC
    2701 Troy Center Dr
    Suite 400
    Troy, MI 48084

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*DAVID J. WEAVER, CLERK OF COURT*

By: _s/D. Allen_____
        *Signature of Clerk or Deputy Clerk*

Date of Issuance: _October 22, 2015_____



AO 440 (Rev. 12/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No.  2:15-cv-13722
Hon. Denise Page Hood

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Party Served:    Zohaib Syed

Date of Service:    _____

## Method of Service

____    Personally served at this address:

    _____
    _____
    _____

____    Left copies at the usual place of abode with (name of person):

    _____
    _____
    _____

____    Other (specify):

    _____
    _____
    _____

____    Returned unexecuted (reason):

    _____
    _____
    _____

## Service Fees:          Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:    _____

Signature of Server:    _____

Date:    _____

Server's Address:    _____
    _____