UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY BLAZ,

    Plaintiff,

vs.

AL BASIT LIMITED LIABILITY
COMPANY d/b/a AUTO PRO
DIAGNOSTIC AND COMPLETE
AUTO REPAIR, AL GHANI LIMITED
LIABILITY COMPANY d/b/a
AUTO PRO TROY DIAGNOSTIC
AND COMPLETE AUTO REPAIR,
ZAIN SYED and ZOHAIB SYED,

    Defendants.

Case No: 2:15-cv-13722-DPH-RSW
Hon. Denise Page Hood

| | |
|---|---|
| DAVID A. HARDESTY (P38609) | BRUCE A. TRUEX (P26035) |
| CAITLIN E. MALHIOT (P76606) | CHRISTOPHER M. HOGG (P69824) |
| Gold Star Law, P.C. | Secrest Wardle |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 2701 Troy Center Drive, Ste. 400 | 2600 Troy Center Drive, P.O. Box 5025 |
| Troy, MI 48084 | Troy, MI 48007-5025 |
| (248) 275-5200 / FAX: (248) 817-2765 | (248) 851-9500 / FAX: (248) 538-1223 |
| cmalhiot@goldstarlaw.com | btruex@secrestwardle.com |
| dhardesty@goldstarlaw.com | chogg@secrestwardle.com |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

    Pursuant to Fed. R. Civ. P. Rule 41, Plaintiff, Gregory Blaz, through his counsel of record, stipulates and agrees that the above-captioned matter be

dismissed with prejudice and without any additional payments of costs, attorney fees, or other statutory damages available under the Fair Labor Standards Act.

| | |
|---|---|
| */s/ Caitlin E. Malhiot (with permission)* | */s/ Christopher M. Hogg* |
| DAVID A. HARDESTY (P38609) | CHRISTOPHER M. HOGG (P69824) |
| CAITLIN E. MALHIOT (P76606) | Secrest Wardle |
| Gold Star Law, P.C. | Attorney for Defendants |
| Attorneys for Plaintiff | 2600 Troy Center Drive, PO Box 5025 |
| 2701 Troy Center Drive, Ste. 400 | Troy, MI 48007-5025 |
| Troy, MI 48084 | (248) 851-9500 / FAX: (248) 538-1223 |
| (248) 275-5200 / FAX: (248) 817-2765 | chogg@secrestwardle.com |
| cmalhiot@goldstarlaw.com | |

Dated: August 16, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GREGORY BLAZ,

    Plaintiff,

vs.

Case No: 2:15-cv-13722-DPH-RSW
Hon. Denise Page Hood

AL BASIT LIMITED LIABILITY
COMPANY d/b/a AUTO PRO
DIAGNOSTIC AND COMPLETE
AUTO REPAIR, AL GHANI LIMITED
LIABILITY COMPANY d/b/a
AUTO PRO TROY DIAGNOSTIC
AND COMPLETE AUTO REPAIR,
ZAIN SYED and ZOHAIB SYED,

    Defendants.

---

| | |
|---|---|
| DAVID A. HARDESTY (P38609) | BRUCE A. TRUEX (P26035) |
| CAITLIN E. MALHIOT (P76606) | CHRISTOPHER M. HOGG (P69824) |
| Gold Star Law, P.C. | Secrest Wardle |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 2701 Troy Center Drive, Ste. 400 | 2600 Troy Center Drive, P.O. Box 5025 |
| Troy, MI 48084 | Troy, MI 48007-5025 |
| (248) 275-5200 / FAX: (248) 817-2765 | (248) 851-9500 / FAX: (248) 538-1223 |
| cmalhiot@goldstarlaw.com | btruex@secrestwardle.com |
| dhardesty@goldstarlaw.com | chogg@secrestwardle.com |

---

## ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY ORDERED** that the above-captioned matter be dismissed

with prejudice and without any additional payments of costs, attorney fees, or other

statutory damages available under the Fair Labor Standards Act. The Court shall retain jurisdiction of this matter for the purpose of enforcing the settlement agreement.

    **IT IS SO ORDERED.**

Dated: August 19, 2016                      s/Denise Page Hood
                                                 HON. DENISE PAGE HOOD
                                                 U.S. CHIEF DISTRICT JUDGE